UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TEDDIE CLAY,

    Plaintiff,

v.                                        Case No. 3:16-cv-31/MCR/EMT

PLATINUM HOMES, LLC,
an Alabama Limited Liability Company,

    Defendants.
                                  /

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 8, 2017. ECF No. 39. After reviewing Plaintiff's timely objections to the Recommendation, ECF No. 40, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 39, is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Sanctions pursuant to Rule 37, ECF No. 29, is DENIED, except to the extent that Plaintiff should be given an opportunity to conduct a further Rule 30(b)(6) deposition of a representative of Homestar and that

Defendant should bear the travel costs for arranging the deposition to take place in Pensacola, Florida, rather than in Texas, where Homestar is located.

DONE AND ORDERED this 6th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**