UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TEDDIE CLAY,

    Plaintiff,

v.                                                       Case No. 3:16cv31-MCR/EMT

PLATINUM HOMES, LLC,
an Alabama Limited Liability Company,

    Defendant.
_____/

## STIPULATED MOTION FOR STAY

Plaintiff, TEDDIE CLAY, ("Plaintiff") and Defendant, PLATINUM HOMES, LLC, moves this Court for stay of this case until November 28, 2017, and as grounds therefore, states as follows:

1. The parties have previously been granted to stipulated stays by this Court for purposes of settlement discussions. The parties have now reached agreed settlement terms. The settlement documents is currently in the process of being circulated for execution.

2. In light of the approaching Thanksgiving Holiday, the parties request until the following Tuesday, November 28, 2017 to file notice of settlement with this Court along with stipulated dismissal.

WHEREFORE, Plaintiff hereby requests that this Court grant a continued stay of entry of any orders by this Court on pending motions until after November 28, 2017 to allow time to finalize and file notice with this Court of settlement.

Respectfully submitted this 16th day of November 2017.

| | |
|---|---|
| */s/ Brian W. Hoffman*_____<br>Brian W. Hoffman, Esq.<br>Carver, Darden, Koretzky, Tessier, Finn,<br>Blossman & Areaux, LLC<br>801 West Romana Street, Suite A<br>Pensacola, FL, 32502<br>(850) 266-2300<br>bhoffman@carverdarden.com<br>*Attorney for Plaintiff* | */s/ Benjamin Zimmern*_____<br>J. Michael Grimley, Esq.<br>Benjamin Zimmern , Esq<br>Galloway, Johnson, Tompkins, Burr & Smith<br>118 East Garden Street<br>Pensacola, FL 32502<br>(850)436-7000 / (850)436-7099 (facsimile)<br>jmgservice@gallowayjohnson.com<br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2017 the foregoing was furnished electronically via the Court's CM/ECF system to the following:

J. Michael Grimley, Esq.
Benjamin J. Zimmern, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
118 East Garden Street
Pensacola, FL 32502
mgrimley@gjtbs.com
bzimmern@gjtbs.com
jmgservice@gallowayjohnson.com

CARVER DARDEN KORETZKY TESSIER
FINN BLOSSMAN & AREAUX, LLC

By: _/s/ Brian W. Hoffman_
    Brian W. Hoffman, Esq.
    Florida Bar. No. 0627747
    bhoffman@carverdarden.com
    801 W. Romana Street, Suite A
    Pensacola, FL  32502
    Telephone: (850) 266-2300
    Counsel for Plaintiff, TEDDIE CLAY